**CLERK**
SUPREME COURT, COURT OF APPEALS, AND TAX COURT
# STATE OF INDIANA
217 STATE HOUSE, INDIANAPOLIS, IN 46204
317-232-1930 • FAX 317-232-8365

Kevin S. Smith
Clerk

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT
204 S. MAIN ST. ROOM 102
SOUTH BEND, IN 46601

Cause Number
94S00-0805-MS-00285
Lower Court Number:
N/A

*FILED 2008 MAY 27 PM 1:01 STEPHEN R. LUDWIG, CLERK U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA*

IN THE MATTER OF NONPAYMENT OF ATTORNEY REGISTRATION FEES

You are hereby notified that the  SUPREME COURT  has on this day  5/21/08
ISSUED THE ENCLOSED ORDER:

WITNESS my name and the seal of said Court,

this  21ST day of  MAY, 2008

*/s/ Kevin S. Smith*
Clerk, Supreme Court, Court of Appeals and Tax Court

# In the
# Indiana Supreme Court

FILED
MAY 21 2008
CLERK OF THE
INDIANA SUPREME COURT
COURT OF APPEALS
AND TAX COURT

IN THE MATTER OF THE            )   Cause No. 94S00-0805-MS-285
NONPAYMENT OF ATTORNEY          )
REGISTRATION FEES               )

## ORDER OF SUSPENSION OF CERTAIN ATTORNEYS
## FOR FAILURE TO PAY
## ATTORNEY REGISTRATION FEES

The Clerk of the Court has notified this Court that certain attorneys have failed either to pay the annual registration fee required for them to be licensed to practice law in Indiana, or to file an exemption affidavit as contemplated by Indiana Admission and Discipline Rule 2.

The Court finds that the attorneys listed on Exhibit A, which is attached to and expressly made a part of this order, have not complied with the Admission and Discipline Rules mentioned above and should be and therefore ARE SUSPENDED from the practice of law in the State of Indiana.

Although the suspension is effective as of the date of this order for purposes of the reinstatement procedures that must be followed and/or any reinstatement fees that must be paid for reinstatement, the Court directs that the proscription against the actual practice of law will go into effect at 11:59 p.m. on June 20, 2008. The delay from the date of this order to the suspension date is for the sole purpose of allowing time for copies of this order to be sent, received, and acted upon by the suspended attorneys. Any attorney whose name appears on Exhibit A may be reinstated by complying with the applicable reinstatement procedures and by paying any applicable penalties.

The Clerk of this Court is directed to forward a copy of this Order and the suspension list, Exhibit A, to the Executive Director of the Indiana Supreme Court Disciplinary Commission; to the Executive Director of the Indiana Board of Law Examiners; to the Supreme Court Administrator; to the Executive Director of State Court Administration; to the Indiana State Bar Association; to the Clerk of the U.S. District Court for the Southern District of Indiana; to the Clerk of the U.S. District

Court for the Northern District of Indiana; to all Clerks of the Circuit Courts of this State who, with the aid of the Judge of the Circuit Court in which that Clerk serves, shall post this Order for examination by the members of the bar; and to each of the attorneys listed on Exhibit A whose address is on the roll of attorneys.

Done at Indianapolis, Indiana, this 21st day of May, 2008.

s/Randall T. Shepard

Randall T. Shepard
Chief Justice of Indiana

All Justices concur.

# Exhibit A

ALLEN
11579 2
Ms Sue Haycox
3525 So. Washington Road
Fort Wayne, IN 46802

5599 2
Mr Arthur Page
P.O. Box 50314
Fort Wayne, IN 46805-0314

16291 49
Ms Leslie Williams
3104 Eggeman Road
Ft. Wayne, IN 46814

BOONE
24735 71
Ms Susan Lee
175 North 8th Street
Zionsville, IN 46077

21355 6
Ms Mara Mccabe
6548 Yorkshire Circle
Zionsville, IN 46077

18888 6
Ms Christine Smith
4300 N. 700e
Lebanon, IN 46052

14684 48
Mr John Wiebke
610 Danbury Drive
Zionsville, IN 46077

CASS
8751 9
Mr William Leeman
412 East Broadway
Logansport, IN 46947

CLARK
8157 10
Mr Ronald Harris
3008 Middle Road Ste.1
P.O. Box 1493
Jeffersonville, IN 47131-1493

8844 10
Mr Roger Lindsey
P.O. Box 774
Jeffersonville, IN 47131-0774

CLAY
26488 11
Ms Deone Merkel
1031 West Central Avenue
Brazil, IN 47384

DELAWARE
3724 49
Ms Jan Abbs
P.O. Box 569
Daleville, IN 47334-0569

23444 53
Mr Byron Davis
400 East Jackson Street
Muncie, IN 47305

ELKHART
2632 20
Mr Paul Becher
21462 Edgefield Court
Bristol, IN 4650-70000

14304 64
Ms Nancy Milstone
301 East Blvd.
Elkhart, IN 46514

485 20
Mr Edward Stuart
910 Grove Street
Elkhart, IN 46514

FLOYD
26147 10
Mr Robert Wiedeback
1947 East Spring Street
New Albany, IN 47150

GRANT
15125 64
Mr Robert Bratch
141 South Adams Street
Marion, IN 46952

24947 29
Ms Leann Hopper
2710 E. 800 S.
Fairmount, IN 46928

21424 27
Mr Beau White
141 South Adams Street
Marion, IN 46952

HAMILTON
20065 49
Mr Douglas Cline
306 Abbedale Court
Carmel, IN 46032

21598 49
Dr Melody Dilk
10856 Windermere Blvd.
Fishers, IN 46038

15168 71
Ms Stephanie Ganser
11550 North Meridian St.
Suite 125
Carmel, IN 46032

16560 49
Mr Robert Griffith
10500 Kincaid Drive
Fishers, IN 46038

HAMILTON (*Cont.)
7355 29
Mr William Haase Jr
1224-A Golfview Drive
Carmel, IN 46032

17320 71 A
Ms Kimberly Hunt
12412 Sanderling Tc.
Fishers, IN 46038

18940 49 A
Mrs Stephanie Meier
5398 Woodfield Drive
Carmel, IN 46033

22490 49
Ms. Michelle Neff
13274 Silverstone Drive
Fishers, IN 46037

10903 49
Mr William Radez Jr
12776 Norfolk Lane
Carmel, IN 46032

20703 49
Mr John Simms III
12507 Windsor Drive
Carmel, IN 46033

20671 49
Ms Jennifer Spector
10555 Chestnut Hills Cir.
Fishers, IN 46037

1537 29
Mr David Tudor
P.O. Box 1775
Noblesville, IN 46061

10744 82
Mr David Woll
12638 Enclave Court
Carmel, IN 46032-2332

HANCOCK
12065 30
Mr Don Osborne
1207 Sherwood Drive
Greenfield, IN 46140-1139

HENDRICKS
25612 49
Mr Nathan Hagerman
35 Carnaby Drive
Brownsburg, IN 46112

9933 49
Mr Robert Mcdowell
5069 Beechwood Road
Avon, IN 46123

HOWARD
24081 34
Mr Monty Arvin
421 W. Sycamore Street
Kokomo, IN 46901

11219 53
Mr Charles Huston
P.O. Box 2974
Kokomo, IN 46904

JASPER
18748 49
Hon. Jeryl Leach
5688 E 1000 N.
Demotte, IN 46310

JOHNSON
15728 49
Mr Ricky Doyle
364 Winterset Way
Greenwood, IN 46143

5173 49
Mr Michael Kias
2340 Woodsway Drive
Greenwood, IN 46143

25739 64
Mr Lawrence Plawecki
5377 Wakefield Drive N.
Greenwood, IN 46142

KNOX
1149 31
Mr Dale Webster
707 Busseron Street
P.O. Box 1300
Vincennes, IN 47591

20575 42 A
Ms Shawna Webster
707 Busseron Street
P.O. Box 1300
Vincennes, IN 47591

**KOSCIUSKO**
4371 43
Mr William Dalton II
211 W. Ft Wayne Street
P.O. Box 1802
Warsaw, IN 46581-1802

**LAKE**
21543 45
Ms Vicki Battle-Cashwell
4155 Ellsworth Street
Gary, IN 46408

22616 64
Mr. Robert Boling
10266 Doubletree Drive
Crown Point, IN 46307

23753 45
Ms Jami Ferguson
131 Ridge Road
Munster, IN 46321

26203 45
Mr Fred Jacobsen
801 East 86th Avenue
Merrillville, IN 46410

5458 45
Ms Jacquelyn Kohl
8728 Idlewild Ave.
Highland, IN 46322-1504

10225 45
Mr Bruce Lambka
120 1/2 South Main Street
Crown Point, IN 46307

9748 45
Mr David Olson
765 Princeton Court
Crown Point, IN 46307

19985 45
Mr Frederick Tom
9350 Parkway Drive
Highland, IN 46322

1341 45
Mr Ihor Woloshansky
9219 Broadway
Barrisher Court
Merrillville, IN 46410

**LAPORTE**
18063 46
Ms Krista Maclennan
1409 Walton Avenue
Laporte, IN 46350

**MADISON**
11971 48
Mr Samuel Hasler
2012 Jefferson Street
Anderson, IN 46016

**MARION**
3858 49
Mr Michael Allen
9000 Keystone Crossing
Suite 1000
Indianapolis, IN 46240

14483 29
Mr Peter Anderson
600 East 96th Street
Suite 100
Indianapolis, IN 46240

26006 49
Steven Bier
4638 Harmonie Court
Indianapolis, IN 46239

3689 49
Ms Nancy Broyles
4106 N. Washington Blvd.
Indianapolis, IN 46205

19982 49
Mr Rafhael Coffee
1567 East 52nd Street
Indianapolis, IN 46205

3996 45
Mr Richard Cook
150 East Market Street
Suite 200
Indianapolis, IN 46204

24582 49
Mr Jeffrey Cooper
5127 Brookstone Lane
Indianapolis, IN 46268

17913 49
Mr Timothy Corbin
3891 Eagle Creek Parkway
Suite B
Indianapolis, IN 46254-2600

11534 49
Mr John Daly Jr
One Indiana Square
Suite 1400
Indianapolis, IN 46204

18607 49
Ms Maureen Devlin
251 East Ohio Street
Suite 400
Indianapolis, IN 46204

22613 49
Mr. Steven Dick
429 N. Pennsylvania St.
Suite 100
Indianapolis, IN 46204-1816

25302 49
Mr Darrin Gosser
5933 Cape Cod Court
Indianapolis, IN 46250

21271 49
Mr Kenneth Harshey
8418 Kansa Court
Indianapolis, IN 46217

8563 49
Mr James Hernandez
3420 E. Loretta Drive
Indianapolis, IN 46227

7934 49
Ms Sharolyn Hicks
615 North Alabama
Suite 122
Indianapolis, IN 46204

7767 49
Mr Steven Holzer
220 West 46th Street
Indianapolis, IN 46208

20939 53
Mr Kyle Hupfer
402 W. Washington Street
Room W-256
Indianapolis, IN 46204

4995 49
Mr Jesse Jackson
8443 Central Avenue
Indianapolis, IN 46240

22406 49
Ms Michele Jackson
155 E. Market Street
Suite 400
Indianapolis, IN 46204

12063 55
Mr Brent Jones
717 S. East Street
Indianapolis, IN 46225

10993 55
Mr Bruce Jones
One North Pennsylvania St
Suite 220
Indianapolis, IN 46204-3136

20954 49
Mr Daniel Kelly
5805 Haverford Avenue
Indianapolis, IN 46204

26562 49 A
Mrs Lindsay Knowles
10293 North Meridian St.
Suite 150
Indianapolis, IN 46290

20216 45
Mr Douglas Krasnoff
7129 Islander Drive
Apt. E
Indianapolis, IN 46214

23828 49
Ms Susan Kriesel
2124 East Hanna Avenue
Indianapolis, IN 46227

11424 49
Mr Kent Lamb
1404 Main Street
Speedway, IN 46224

23345 49
Mr. Matthew Langenbacher
748 Massachusetts Avenue
Indianapolis, IN 46204

18776 49
Mr Robert Mcnevin Jr.
642 Danver Lane
Beech Grove, IN 46107

MARION (*Cont.)

24478 49
Mr Adam Mears
8395 Keystone Crossing
Suite 100
Indianapolis, IN 46240

26500 49
Mr Sean Monkhouse
413 Buffalo Drive
Indianapolis, IN 46217

20880 49 A
Ms Libby Mote    Field, Libby
One Indiana Square
Suite 2800
Indianapolis, IN 46204-2079

19154 53
Mr Troy Pedersen
P.O. Box 954
Beech Grove, IN 46107

25375 29
Mr Michael Pritchett
Po Box 68995
Indianapolis, IN 46268

20537 49
Mr Antolin Reiber
7435 Sycamore Run Drive
Indianapolis, IN 46237

19167 49
Mr Christopher Russell
310 North Alabama Street
Suite 100
Indianapolis, IN 46204

18875 49
Mr Paul Schumacher Jr
5111 Washington Blvd.
Indianapolis, IN 46205

432 49
Mr William Sparrenberger
1750 Cloister Drive
Indianapolis, IN 46260

528 49
Mr Sam Stoehr
Suite 325
6100 N. Keystone Avenue
Indianapolis, IN 46220

22775 41
Mr. Shane Toland
8410 Sten Court
Indianapolis, IN 46227

778 77
Mr Iam Torney
115 W Washington St
Suite 1080
Indianapolis, IN 46204

26998 49
Ms Christine Trent
1330 Olive Street
Indianapolis, IN 46203

16539 49
Ms Michele Uebelhoer
5637 N. Carrollton Avenue
Indianapolis, IN 46220

17799 49
Mr Charles Valliere
6313 Echo Court
Indianapolis, IN 46278-1976

26719 49
Ms Vanessa Voigt
8662 Garonne Terrace
Apt. 3c
Indianapolis, IN 46250

25145 49
Ms Stephanie Wade
8084 Dowitch Lane
Apt.C
Indianapolis, IN 46260

25147 49
Mr Robert Wallace
905 Woodruff Place West
Indianapolis, IN 46201

10928 49 A
Ms Kathleen Ward
5741 Newhall Drive
Indianapolis, IN 46239

1184 49
Mr Thomas Werner
6430 Green Leaves Road
Indianapolis, IN 46220

**MARION (*Cont.)**

17612 64
Ms Kelly Whiteman
5725 Primrose Avenue
Indianapolis, IN 46220

18224 49
Ms Susan Williams
442 Blue Ridge Road
Indianapolis, IN 46208

**MONROE**
15391 53
Mr Philip Chamberlain
P.O. Box 224
Clear Creek, IN 47426

4847 60
Mr John Irvine
703 E. 7th Street
Bloomington, IN 47405

25381 53
Ms Janet Rumple
304 South Rogers Street
Bloomington, IN 47403

10152 53
Mr Patrick Schrems
2933 Ramble Road E.
Bloomington, IN 47401

**PIKE**
26764 63
Mr Kerry Aldridge
402 South Oak Street
Winslow, IN 47598

**PORTER**
18646 45
Ms Janice Gambill
2710 Willowcreek Road
Portage, IN 46368

**ST. JOSEPH**
26715 71
Mr Raynell Brown
18025 Lisbon Drive
South Bend, IN 46337

26369 71
Mr Brian Gates
P.O. Box 414
Notre Dame, IN 46556

26991 71
Ms Angela Kelver
1st Bank Bldg., Ste. 250
205 West Jefferson Blvd.
South Bend, IN 46601

11346 71
Mr Gregory Toth
108 North Main
Suite 601
South Bend, IN 46601

1223 33
Mr David Whitton
1926 Rockne Drive
South Bend, IN 46617

**SCOTT**
5455 72
Mr James Kilburn
P.O. Box 99
Austin, IN 47102

**TIPPECANOE**
11520 79
Ms Kelly Busch
724 Northridge Drive
West Lafayette, IN 47906

14816 35
Ms Catherine Dilley
715 Bexley Road
West Lafayette, IN 47906-2307

7938 45
Mr Ronald Hoppes
6259 Apple Court
West Lafayette, IN 47906

**UNION**
21491 81
Ms Lee Shoker
64 Liberty Street
P.O. Box 367
W.College Corne, R, IN 47003

**VANDERBURGH**
2639 82
Mr Emil Becker Jr
2313 Washington Avenue
Evansville, IN 47714

21701 53
Mr Patrick Koontz
P.O. Box 719
Md Kt0034
Evansville, IN 47705-0719

**VANDERBURGH (*cont)**
10325 82
Mr Christian Lenn
123 N.W. 4th Street
Court Bldg., Suite 1
Evansville, IN 47708

8990 82
Ruth Maier
115 W. Columbia St.
Evansville, IN 47710

15048 82
Mr Thomas Montgomery
3820 Oak Hill Road
Evansville, IN 47711

**VIGO**
14278 84
Mr Daniel Kelly
674 Ohio St., Suite 1
Terre Haute, IN 47807

**WABASH**
1806 85
Mr Alan Zimmerman
66 West Hill Street
Wabash, IN 46992

**WARRICK**
14495 82
Mr David Bell
5555 Spring Corner
Newburgh, IN 47630

26849 87
Mr Anthony Hurst
3855 Deer Run Court
Boonville, IN 47601

**WASHINGTON**
2368 88
Mr Jay Allen
P.O. Box 485
Salem, IN 47167

**OUT OF STATE**
23881 74
Mr Kent Ayer
1610 South Church Street
Murfreesboro, TN 37130

13847 71
Mr William Beatty
13040 A Shadyside Lane
Germantown, MD 20874

10777 49 B
Ms Kay Beehler
4 Melrob Court
Apt. 101
Annapolis, MD 21403

23510 49
Mr Mark Bontrager
4423 Meadowlark
Napa, CA 94558-1710

26272 22
Ms Melissa Bozell
107 Fenley Avenue
Apt. L9
Louisville, KY 40207

22826 45
Mr Jeremy Brenman
1212 North Lasalle Dr.
Apt. 2705
Chicago, IL 60610

19024 49 A
Mrs Jeanette Brook
1200 Seventeenth Street
Suite 2400
Denver, CO 80202

3604 98
Mr Sanford Brook
Suite 400
1601 Blake Street
Denver, CO 80202

2939 98
Mr Edward Brueggeman
2525 Tiller Lane
Suite 105
Columbus, OH 43231

2080 98 A
Ms Susan Christensen
P.O. Box 1272
Montpelier, VT 5602

26312 53
Mr Michael Connors
165 W. Chicagon Lake Road
Iron River, MI 49935

4827 49
Mr David Dedman
6801 Rockledge Drive
Bethesda, MD 20817

12460 98
Mr Daniel Donnelly
425 West Buffalo
P.O. Box 177
New Buffalo, MI 49117

14822 22
Mr Cyrus Dutton III
513 Main Street
P.O. Box 967
Shelbyville, KY 40066

16926 98
Mr Ronald Evans
2286 Green Mountain Court
Las Vegas, NV 89135

22351 49
Mr. Eric Falbe
4012 E. Claremont Avenue
Paradise Valley, AZ 85253

22959 49
Ms Julee Fischer
333 Market Street
25th Floor
San Francisco, CA 94105-2130

21464 10
Mr Jason Floyd
P.O.Box 88
117 E. Stephen Foster Ave
Bardstown, KY 40004-0088

21632 29
Mr Paul Franz
125 South Smead Court
Roswell, GA 30076

8605 49 A
Ms Barbara Gambill        Barbara Fruehling
P.O. Box 960
139 East Fourth Street
Cincinnati, OH 45201

21639 53
Mr Gregory Garvey
10605 472nd Avenue
Rosholt, SD 57260

7141 46
Mr Robert Gilmore Jr
203 Dunbarton Circle
Aiken, SC 29803

7191 29
Mr Steven Goldstein
12911 E. Corrine Drive
Scottsdale, AZ 85259

16049 49
Mr Mark Guthier
7705 Brule Street
Madison, WI 53717

21946 10
Mr Scott Handley
6580 Arrowhead Drive
Ft. Knox, KY 40121

25974 72
Ms Deborah Haney
440 South Seventh Street
Suite 300-B
Louisville, KY 40203

16419 53
Mr Ronald Harmeyer
735 West Wisconsin Ave.
Suite 720, P.O. Box 2183
Milwaukee, WI 53201-2183

12704 98
Mr Charles Heath
2103 Sandalwood Dr.
Onalaska, WI 54650

4357 2 A
Ms Rebecca Herner
1275 N.Twp.Rd.175
Republic, OH 44867

19112 45
Mr Howard Hirsch
Suite 2000
1201 W. Peachtree St.,Ne
Atlanta, GA 30309

22395 64
Ms. Lisa Hoobler
3001 West 5th Street
Ft. Worth, TX 76107

19422 49
Mr Manotti Jenkins
525 West Monroe
Chicago, IL 60661

**OUT OF STATE (*Cont.)**

4913 82
Ms Deane Johnson
1600 James Street
Syracuse, NY 13203

14286 71
Hon Charles Lasata
811 Port Street
Saint Joseph, MI 49085

22563 49 A
Ms Christina Joros
5682 Lago Del Sol Drive
Lake Worth, FL 33467

12925 98
Mr David Levendusky
2400 Andorra Place
Reston, VA 20191

21504 49
Mr Lawrence Jukes
21222 N. Harmony Lane
Bluford, IL 62814

20244 49
Mr Thomas Man
130 East Randolph Drive
Chicago, IL 60601

21206 55
Mr Michael Jump
800 South Victoria Avenue
Ventura, CA 93009

10023 98
Mr Bruce Marr
33 N. Lasalle Street
Ste. 1400
Chicago, IL 60602

24973 49
Mr John Kaschins
P.O. Box 941
Rochester, MN 55903

13713 49
Ms Sheryl Mcgrath
1866 Yosemite
Okemos, MI 48864

26071 49
Mr Bradley Keating
6940 Kindler Drive
New Albany, OH 43054

16599 49
Ms Ruby Menon
805 Third Avenue
22nd Floor
New York, NY 10022

16093 71
Mr Christopher Kelly
Federated Dept. Stores
7 West 7th Street
Cincinnati, OH 45202

26204 45
Mr Joel Meyers
222 North Lasalle Street
Suite 1910
Chicago, IL 60601

18476 64
Ms Elizabeth Kohlhoff
5080 Mariana Lane
Tega Cay, NC 29708

9266 98
Mr Steven Morrison
1800 Cross Country Lane
Apex, NC 27502-9600

25958 2
Mr Peter Kolch
2021 West Superior
Chicago, IL 60612

16150 10
Mr Michael Murray
P.O. Box 732014
Ormond Beach, FL 32073

5471 98
Mr John Kolinski
201 So. Biscayne Blvd.
1500 Miami Center
Miami, FL 33131

20288 6
Mr Eric Nelson
6171 Bell Valley Road
Casper, WY 82604

OUT OF STATE (cont'd)

9968 98
Mr Gregory Nolan
3505 Glenmore Ave.
Cheviot, OH 45211

15233 49
Mr Kelly Norton
147 West Cumberland St.
P.O.Box 130
Martinsville, IL 62442

16266 49
Mr Jeffrey Pankratz
14317 Duvall Hill Court
Burtonville, MD 20866

20302 49
Ms Alison Peck
1768 North Woolsey Avenue
Fayetteville, AR 72703

13245 98
Mr Gary Ratner
828 Charles Allen Dr N.E.
Atlanta, GA 30308

14937 49
Mr Kerry Rentfrow
3785 Westwood Northern Blvd.
Cheviot, OH 45211

6546 49
Ms Melinda Riddle
3841 31st Avenue S.W.
Naples, FL 33999

13293 98
Mr Charles Robbins
3544 Landmark Trail
Palm Harbor, FL 34684

18471 49
Mr Matthew Ryan
1708 Harrison Court
Northfield, MN 55057

2233 98
Mr Peter Schellie
1120 20th Street, N.W.
Suite 800
Washington, DC 20036

22691 82
Ms Sheryl Schroer
P.O. Box 284
Syracuse, NE 68446

14461 22
Mr Richard Shapero
125 S. 6th Street
Louisville, KY 40202

26216 98 A
Mr Alan Sharett
1713 Village Lane
Winter Park, FL 32792-3433

21088 49
Ms Eva Shiffrin
109 N. 6th St.
Madison, WI 53704

21090 49
Mr Brian Short
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

15654 49
Mr Ruben Spinrad
4 East Port Rd.
Riviera Beach, FL 33404

703 2
Mr John Steinkamp
206 Wisteria Lane
Media, PA 19063

1761 49
Mr Gerald Sufleta
Apt.1076
1359 N. Lincoln Avenue
Urbana, IL 61801

13596 98
Ms Julie Walker
292 Fortune Place, Ne
Atlanta, GA 30312-1414

26188 71
Ms Valerie Witmer
3450 N. Lake Shore Drive
Apt. 3406
Chicago, IL 60657

20439 2
Ms Jennifer Yoder
2021 East 20th Street
Farmington, NM 87401